```
___ FILED      ___ ENTERED
___ LODGED     ___ RECEIVED

       AUG 28 2009
         AT SEATTLE
    CLERK U.S. DISTRICT COURT
  WESTERN DISTRICT OF WASHINGTON
BY                          DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MAUDO L. FOFANA,<br><br>Petitioner,<br><br>v.<br><br>A. NEIL CLARK, Field Office Director, U.S. Immigration and Customs Enforcement,<br><br>Respondent. | NO. C09-564-JLR-JPD<br><br>ORDER OF DISMISSAL |

The Court, having reviewed petitioner's § 2241 petition, respondent's motion to dismiss, the Report and Recommendation of the Hon. James P. Donohue, United States Magistrate Judge, ~~any objections or~~ Petitioner's Opposition ~~responses to that~~, and the remaining record, finds and Orders as follows:

(1) The Court adopts the Report and Recommendation;

(2) Petitioner's Petition for Writ of Habeas Corpus, Dkt. 7, is DENIED, Respondent's Motion to Dismiss, Dkt. 13, is GRANTED, and this action is DISMISSED with prejudice; and

(3) The Clerk is directed to send copies of this Order to the parties and to Judge Donohue.

DATED this 28th day of August, 2009.

/s/ James L. Robart
JAMES L. ROBART
United States District Judge

09-CV-00564-ORD

ORDER OF DISMISSAL